```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**ANDREW S. PERRY,** *et al.***,**

      **Plaintiffs,**

  **vs.**                                   **Civil Action 2:08-CV-50**
                                                   **Judge Frost**
                                                   **Magistrate Judge King**

**SONOCO PRODUCTS CO.,** *et al.***,**

      **Defendants.**

## ORDER

      The amended complaint, Doc. No. 13, joins a non-diverse party. With the agreement of the parties, articulated at the July 2, 2008, telephone conference with the United States Magistrate Judge, the motion to remand, Doc. No. 11, is therefore **GRANTED.**

      This action is hereby **ORDERED REMANDED** to the Court of Common Pleas for Fairfield County.

                                                                                                           /s/ Gregory L. Frost
                                                                                                       Gregory L. Frost
                                                                                United States District Judge